Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Arquimedes Caceres, Kurt Abele, Peter Abele, Lydia Abrams, Zuvdija Ahmemulic, Jorge Alfonso, Joseph Amendola, Yuko Arakawa, Ezhil Arul, and Tracy Barbero, *on behalf of themselves individually\**, | : : : : : | |
| | : | Civil Action No.: |
| | : | |
| Plaintiffs, | : | **COMPLAINT AND JURY DEMAND** |
| v. | : | |
| | : | |
| Volkswagen Group of America, Inc., | : | |
| | : | |
| Defendant. | : | |

---

\* Roy Barnum, Charles Beck, Christopher Bogart, Michael Bonocore, John A. Bradley, Lawrence Bruno, Cornelia Wendell Bush, Frank Busse, John Carney, Roseydi Castillo, Alberto Cornea, Edward Da Silva, Scott Daley, Paul Daniels, Rodney Delisle, Geraldine Desnoyers, Carlos Diaz, Tara L. Diescher, Richard Dillon, Leo Drozdowycz, Norma Drummond, Jason Dutt, Robert Ehrlich, Anthony Falzone, Muj Fazliu, Peter Finnegan, John Fiore, Scott Franza, Carmine Franzese, David Garces, Ismet Gashi, Robert Gomez, Wendy Gower, Anthony Grant, Joseph E. Grasso, Valquiria Green, Nicholas Grego, Ethan Gutzeit, Miroslaw Haleniuk, James R. Halvorsen, Stephanie Hammond-Fiorillo, Nathan Hance, Michael Harris, Sean Hay, Harold H. Heitmann, Anita Heitmann, Robert Hoffman, Mahindro Jainarine, Charles Johnston, Russell Johnston, Michael H. Jones, Virginia Karadjasis, George Karadjasis, Jonathan Kitsos, Laura Kolenovic, Jackie LaCourse, Richard Lagace, Clinton Lang, Mihal Lani, Timothy Larrabee, Linda Leary, Patricia Limberis, James K. Ludwig, Gerald D. Lyman, Robert Lyons, Scott Madison, Patrice Maloney, Michael Mango, Samuel Marabella, Sharleen Marabella, James McCoy, Amra Mehanovic, Dave Mehta, Gerald Messier, Thomas Meyer, Mihail Mihaylov, Pamela Morales, Victor Mulee, Peter Northup, Kimberly O'Donnell, Edward O'Donnell, Christopher Olsen, Anthony Oswald, Marlene Ouderkirk, Christopher Ozolins, Michelle Paige, Ann Marie Parisi, Sean Papp, Zoltan Papp, Angela Parker, Carrie Peterson, Barbara Piliero, Roger W. Quiney, Jr., Christine Radman, Amelia Radoncic, Brooks Reed, Diane Ries, Gregory Rishe, Deverne Rist, Kyle Rizzo, James Robinson, Carlos Roque, Joseph J. Russo, Edward Sadlowski, Kajal Saha, Steven Santarpia, Lisa Santo, William J. Scalisi, Wendy Scharfman, David Schultz, Steven Silpe, Deochan Singh, Feliks Sinitski, Daniel Smith, Francique Smith, Shaune Snyder, Carl Sorensen, Janet Stone-Knoll, Theresa Stowell, George E. Sutphin, Jr., Jeff Swarz, Rusty Swisher, Mady Calih Talapin, Pierre Thesatus, Nathaniel Thurston, Kim Thurston, Louis G. Tisenchek, Michael Tucciarone, Edward J. Unverzagt, Tony Walton, Dennis Washburn, Michael Whitaker, Robert Whitman, Malgorzaia Wieczorek, Stephen Wolf, John Woloszyn II, Andrew Woodward, Larry Woodworth, Fernando Zapala, Gary Ziegelhofer,  and Russel M. Zivkovich; additional Plaintiffs may be added at a later date.

1.       Plaintiffs, Arquimedes Caceres, Kurt Abele, Peter Abele, Lydia Abrams, Zuvdija Ahmemulic, Jorge Alfonso, Joseph Amendola, Yuko Arakawa, Ezhil Arul, Tracy Barbero,  Roy Barnum, Charles Beck, Christopher Bogart, Michael Bonocore, John A. Bradley, Lawrence Bruno, Cornelia Wendell Bush, Frank Busse, John Carney, Roseydi Castillo, Alberto Cornea, Edward Da Silva, Scott Daley, Paul Daniels, Rodney Delisle, Geraldine Desnoyers, Carlos Diaz, Tara L. Diescher, Richard Dillon, Leo Drozdowycz, Norma Drummond, Jason Dutt, Robert Ehrlich, Anthony Falzone, Muj Fazliu, Peter Finnegan, John Fiore, Scott Franza, Carmine Franzese, David Garces, Ismet Gashi, Robert Gomez, Wendy Gower, Anthony Grant, Joseph E. Grasso, Valquiria Green, Nicholas Grego, Ethan Gutzeit, Miroslaw Haleniuk, James R. Halvorsen, Stephanie Hammond-Fiorillo, Nathan Hance, Michael Harris, Sean Hay, Harold H. Heitmann, Anita Heitmann, Robert Hoffman, Mahindro Jainarine, Charles Johnston, Russell Johnston, Michael H. Jones, Virginia Karadjasis, George Karadjasis, Jonathan Kitsos, Laura Kolenovic, Jackie LaCourse, Richard Lagace, Clinton Lang Mihal Lani, Timothy Larrabee, Linda Leary, Patricia Limberis, James K. Ludwig, Gerald D. Lyman, Robert Lyons, Scott Madison, Patrice Maloney, Michael Mango, Samuel Marabella, Sharleen Marabella, James McCoy, Amra Mehanovic, Dave Mehta, Gerald Messier, Thomas Meyer, Mihail Mihaylov, Pamela Morales, Victor Mulee, Peter Northup, Kimberly O'Donnell, Edward O'Donnell, Christopher Olsen, Anthony Oswald, Marlene Ouderkirk, Christopher Ozolins, Michelle Paige, Ann Marie Parisi, Sean Papp, Zoltan Papp, Angela Parker, Carrie Peterson, Barbara Piliero, Roger W. Quiney, Jr., Christine Radman, Amelia Radoncic, Brooks Reed, Diane Ries, Gregory Rishe, Deverne Rist, Kyle Rizzo, James Robinson, Carlos Roque, Joseph J. Russo, Edward Sadlowski, Kajal Saha, Steven Santarpia, Lisa Santo, William J. Scalisi, Wendy Scharfman, David Schultz, Steven Silpe, Deochan Singh, Feliks Sinitski, Daniel Smith, Francique Smith, Shaune Snyder, Carl Sorensen, Janet Stone-Knoll, Theresa Stowell, George E. Sutphin, Jr., Jeff Swarz, Rusty Swisher, Mady Calih Talapin, Pierre Thesatus, Nathaniel Thurston, Kim Thurston, Louis G. Tisenchek, Michael Tucciarone, Edward

2

J. Unverzagt, Tony Walton, Dennis Washburn, Michael Whitaker, Robert Whitman, Malgorzaia Wieczorek, Stephen Wolf, John Woloszyn II, Andrew Woodward, Larry Woodworth, Fernando Zapala, Gary Ziegelhofer, and Russel M. Zivkovich (collectively "Plaintiffs"), on behalf of themselves individually, by and through their undersigned attorneys, complain and allege for their Complaint against Volkswagen Group of America, Inc. ("Defendant" or "VGOA") as follows:

## NATURE OF THE ACTION

2.      This is a collective action by the purchasers of the vehicles equipped with diesel engines that were manufactured by the Defendant.  Plaintiffs seek damages related to Defendant's unlawful and fraudulent installation of software, known as a "defeat device," which made it appear that subject vehicles complied with the applicable emissions laws, when in fact the subject vehicles emitted as much as forty times more pollutants into the air than allowed by law.

3.      Plaintiffs allege that they are entitled to damages stemming from the loss of subject vehicles' resale value, loss of use, emotional distress, and attorney's fees and costs.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this matter pursuant to the Magnuson-Moss Federal Act, 15 U.S.C. § 2310(d)(1)(B), in that the Plaintiffs claim more than $50,000.00 in damages, exclusive of interest and costs, and under the doctrine of supplemental jurisdiction as set forth in 28 U.S.C. § 1367.

5.      Venue is proper in this district pursuant to 28 U.S.C. §1391 in that Defendant transacts business in this District.

## THE PARTIES

6.      Plaintiffs were at all times relevant, adult individuals residing in the United States.

7.      Defendant Volkswagen Group of America, Inc., is a Michigan corporation with a principal place of business at 3800 Hamlin Road, Auburn Hills, Michigan 48326.  Defendant is in the business of marketing, supplying, and selling motor vehicles accompanied by written warranties to the public at large through a system of authorized dealerships.

## FACTUAL ALLEGATIONS APPLICABLE TO ALL PLAINTIFFS

8.      Plaintiff Arquimedes Caceres is an adult individual who resides in Bronx, New York, and owns a 2015 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3A7AJ9FM333200.

9.      Plaintiff Kurt Abele is an adult individual who resides in Lake Grove, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A30CC081808.

10.      Plaintiff Peter Abele is an adult individual who resides in Wilton, New York, and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ1EM204408.

11.      Plaintiff Lydia Abrams is an adult individual who resides in Cold Spring, New York, and owns a 2013 Volkswagen Beetle TDI, Vehicle Identification Number 3VWJL7AT9DM645405.

12.    Plaintiff Zuvdija Ahmemulic is an adult individual who resides in Bronx, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A30DC049409.

13.    Plaintiff Jorge Alfonso is an adult individual who resides in Peekskill, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ2BM090589.

14.    Plaintiff Joseph Amendola is an adult individual who resides in Bayport, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K99M030130.

15.    Plaintiff Yuko Arakawa is an adult individual who resides in Montauk, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ4DM606603.

16.    Plaintiff Ezhil Arul is an adult individual who resides in Schenectady, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A36DC136534.

17.    Plaintiff Tracy Barbero is an adult individual who resides in Setauket, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ8BM082206.

18.    Plaintiff Roy Barnum is an adult individual who resides in Little Meadows, Pennsylvania, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ9CM311400, purchased in Binghamton, New York.

5

19.     Plaintiff Charles Beck is an adult individual who resides in Bayport, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL71K69M342588.

20.     Plaintiff Christopher Bogart is an adult individual who resides in Ticonderoga, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A32DC025841.

21.     Plaintiff Michael Bonocore is an adult individual who resides in Baiting Hollow, New York and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ9EM444838, a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJXEM286610, and a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ8DM635831.

22.     Plaintiff John A. Bradley is an adult individual who resides in West Islip, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K29M077872.

23.     Plaintiff Lawrence Bruno is an adult individual who resides in Hopewell Junction, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ4CM328489.

24.     Plaintiff Cornelia Wendell Bush is an adult individual who resides in Cape Canaveral, Florida, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWAL7AJ1AM102074, purchased in Warwick, New York.

25.     Plaintiff Frank Busse is an adult individual who resides in Prattsburgh, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL71K59M344008.

26.     Plaintiff John Carney is an adult individual who resides in Warwick, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A31DC148370.

27.     Plaintiff Roseydi Castillo is an adult individual who resides in Shrub Oak, New York, and owns a 2015 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLA7AJ6FM319481

28.     Plaintiff Alberto Cornea is an adult individual who resides in Ronkonkoma, New York, and owns a 2014 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A33EC008743, and a 2014 Volkswagen Toureg TDI, Vehicle Identification Number WVGEP9BP6ED008101.

29.     Plaintiff Edward Da Silva is an adult individual who resides in South Ozone Park, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ8BM112420.

30.     Plaintiff Scott Daley is an adult individual who resides in Hudson Falls, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL7AJ9AM096172.

31.     Plaintiff Paul Daniels is an adult individual who resides in Carmel, New York, and owns a 2012 Volkswagen Golf TDI, Vehicle Identification Number WVWNM7AJ6CW312190.

32.    Plaintiff Rodney Delisle is an adult individual who resides in Brentwood, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWAL71K69M025335.

33.    Plaintiff Geraldine Desnoyers is an adult individual who resides in Sherrill, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ2DM414854.

34.    Plaintiff Carlos Diaz is an adult individual who resides in Hopewell Junction, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71KX9M056672.

35.    Plaintiff Tara L Diescher is an adult individual who resides in Livingston Manor, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWAL7AJ6AM044902.

36.    Plaintiff Richard Dillon is an adult individual who resides in Yonkers, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ3CM010105.

37.    Plaintiff Leo Drozdowycz is an adult individual who resides in Poughkeepsie, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A35CC060951.

38.    Plaintiff Norma Drummond is an adult individual who resides in Wappingers Falls, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL7AJ5AM080325, and a 2014 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A32EC007014.

39.     Plaintiff Jason Dutt is an adult individual who resides in Rome, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ8AM707395.

40.     Plaintiff Robert Ehrlich is an adult individual who resides in Glendale, New York, and owns a 2015 Volkswagen Golf TDI, Vehicle Identification Number 3VWRA7AUXFM053886.

41.     Plaintiff Anthony Falzone is an adult individual who resides in Deer Park, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A33DC052655.

42.     Plaintiff Muj Fazliu is an adult individual who resides in Staten Island, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A36DC066582.

43.     Plaintiff Peter Finnegan is an adult individual who resides in Staten Island, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWML7AJ7CM675139.

44.     Plaintiff John Fiore is an adult individual who resides in Smithtown, New York, and owns a 2012 Volkswagen Golf TDI, Vehicle Identification Number WVWBM7AJCW337490.

45.     Plaintiff Scott Franza is an adult individual who resides in Greenfield Park, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ7DM404059.

46. Plaintiff Carmine Franzese is an adult individual who resides in Bronx, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K59M071547.

47. Plaintiff David Garces is an adult individual who resides in Farmingdale, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ0DM359367.

48. Plaintiff Ismet Gashi is an adult individual who resides in Beacon, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ2CM369400.

49. Plaintiff Robert Gomez is an adult individual who resides in Yorktown Heights, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ9BM652070.

50. Plaintiff Wendy Gower is an adult individual who resides in Cortland, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWTL7AJ7AM659421.

51. Plaintiff Anthony Grant is an adult individual who resides in Shoreham, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ2CM685249.

52. Plaintiff Joseph E. Grasso is an adult individual who resides in Skaneateles, New York, and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ4EM617988.

10

53.     Plaintiff Valquiria Green is an adult individual who resides in Fresh Meadows, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A35CC035435.

54.     Plaintiff Nicholas Grego is an adult individual who resides in Waverly, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ2CM674154.

55.     Plaintiff Ethan Gutzeit is an adult individual who resides in Waverly, New York, and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 1VWBN7A30EC114756.

56.     Plaintiff Miroslaw Haleniuk is an adult individual who resides in Woodside, New York, and owns a 2011 Volkswagen Golf TDI, Vehicle Identification Number WVWDM7AJ0BW065307.

57.     Plaintiff James R. Halvorsen is an adult individual who resides in Delmar, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWML7AJ6CM682373.

58.     Plaintiff Stephanie Hammond-Fiorillo is an adult individual who resides in Hudson Falls, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJXCM414938.

59.     Plaintiff Nathan Hance is an adult individual who resides in Forestburgh, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ6BM113551.

60.     Plaintiff Michael Harris is an adult individual who resides in Forestburgh, New York, and owns a 2012 Volkswagen Golf TDI, Vehicle Identification Number WVWDM7AJ3CW336541.

61.     Plaintiff Sean Hay is an adult individual who resides in Forestburgh, New York, and owns a 2014 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A36EC099177.

62.     Plaintiffs Harold H. Heitmann and Anita Heitmann are each adult an individual who reside in Pawling, New York, and own a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ0BM632015.

63.     Plaintiff Robert Hoffman is an adult individual who resides in Mastic Beach, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ3DM201542.

64.     Plaintiff Mahindro Jainarine is an adult individual who resides in Smithtown, New York, and owns a 2013 Volkswagen Golf TDI, Vehicle Identification Number WVWBM7AJ5DW008692.

65.     Plaintiff Charles Johnston is an adult individual who resides in Apalachin, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A31DC143780.

66.     Plaintiff Russell Johnston is an adult individual who resides in Chase Mills, New York, and owns a 2015 Volkswagen Passat TDI, Vehicle Identification Number 1VWBV7A36FC066116.

67.     Plaintiff Michael H. Jones is an adult individual who resides in East Elmhurst, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ9DM624837.

68.     Plaintiffs Virginia Karadjasis and George Karadjasis are each an adult individual who reside in Amawalk, New York, and own a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ6DM685319.

69.     Plaintiff Jonathan Kitsos is an adult individual who resides in Westtown, New York, and owns a 2013 Volkswagen Golf TDI, Vehicle Identification Number WVWBM7AJ1DW034576.

70.     Plaintiff Laura Kolenovic is an adult individual who resides in Putnam Valley, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A31CC087827.

71.     Plaintiff Jackie LaCourse is an adult individual who resides in Newcomb, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ5CM402924.

72.     Plaintiff Richard Lagace is an adult individual who resides in Schenectady, New York, and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ0EM358348.

73.     Plaintiff Clinton Lang is an adult individual who resides in Farmingville, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWAL71K09M050621.

74.    Plaintiff Mihal Lani is an adult individual who resides in East Elmhurst, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A3XCC022115.

75.    Plaintiff Timothy Larrabee is an adult individual who resides in Nichols, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A37CC067688.

76.    Plaintiff Linda Leary is an adult individual who resides in Albany, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ7BM097960.

77.    Plaintiff Patricia Limberis is an adult individual who resides in Valley Stream, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ5DM695792.

78.    Plaintiff James K. Ludwig is an adult individual who resides in Livonia, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K49M054500.

79.    Plaintiff Gerald D. Lyman is an adult individual who resides in Troy, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A32DC121274.

80.    Plaintiff Robert Lyons is an adult individual who resides in Athens, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ8BM693466.

81.     Plaintiff Scott Madison is an adult individual who resides in Oceanside, New York, and owns a 2014 Volkswagen Toureg TDI, Vehicle Identification Number WVGDP9BPXED013149, and owns a 2010 Volkswagen Golf TDI, Vehicle Identification Number WVWDM7AJXAW362776.

82.     Plaintiff Patrice Maloney is an adult individual who resides in Whitesboro, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A32CC008052.

83.     Plaintiff Michael Mango is an adult individual who resides in Smithtown, New York, and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ1EM406892.

84.     Plaintiffs Samuel Marabella and Sharleen Marabella are each an adult individual who reside in Holland, New York, and own a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ4CM400078.

85.     Plaintiff James McCoy is an adult individual who resides in Sidney Center, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ3BM657538.

86.     Plaintiff Amra Mehanovic is an adult individual who resides in Utica, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A39CC089479.

87.     Plaintiff Dave Mehta is an adult individual who resides in New City, New York, and owns a 2014 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A34EC011842.

88.    Plaintiff Gerald Messier is an adult individual who resides in New City, New York, and owns a 2015 Volkswagen Golf TDI, Vehicle Identification Number 3VW2A7AU7FM030258.

89.    Plaintiff Thomas Meyer is an adult individual who resides in New Paltz, New York, and owns a 2013 Volkswagen Golf TDI, Vehicle Identification Number WVWNM7AJ0DW110530.

90.    Plaintiff Mihail Mihaylov is an adult individual who resides in Mooresville, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K39M095880.

91.    Plaintiff Pamela Morales is an adult individual who resides in Sallsbury Mills, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ2CM397813.

92.    Plaintiff Victor Mulee is an adult individual who resides in Copigue, New York, and owns a 2012 Volkswagen Golf TDI, Vehicle Identification Number WVWDM7AJ0CW083307.

93.    Plaintiff Peter Northup is an adult individual who resides in Rochester, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWTL7AJXAM696074.

94.    Plaintiffs Kimberly O'Donnell and Edward O'Donnell are each an adult individual who reside in Troy, New York, and own a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A30DC139784.

95.     Plaintiff Christopher Olsen is an adult individual who resides in Bayport, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL71K89M363278.

96.     Plaintiff Anthony Oswald is an adult individual who resides in Harriman, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ2BM070956.

97.     Plaintiff Marlene Ouderkirk is an adult individual who resides in Cicero, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ6CM454871.

98.     Plaintiffs Christopher Ozolins and Ann Marie Parisi are each an adult individual who reside in Scotia, New York, and own a 2013 Volkswagen Golf TDI, Vehicle Identification Number WVWDM7AJ0DW085530.

99.     Plaintiff Michelle Paige is an adult individual who resides in Albany, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ0DM202048.

100.     Plaintiff Sean Papp is an adult individual who resides in Leroy, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ2CM084521.

101.     Plaintiff Zoltan Papp is an adult individual who resides in Norwich, New York, and owns a 2014 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A3XEC107592.

102.    Plaintiff Angela Parker is an adult individual who resides in Glen Head, New York, and owns a 2015 Volkswagen Golf TDI, Vehicle Identification Number 3VWRA7AU8FM104933.

103.    Plaintiff Carrie Peterson is an adult individual who resides in Bridgeport, Connecticut, and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ7EM286371.

104.    Plaintiff Barbara Piliero is an adult individual who resides in Preston Hollow, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ4AM625406.

105.    Plaintiff Roger W. Quiney, Jr.  is an adult individual who resides in Locust Valley, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A34DC098558.

106.    Plaintiff Christine Radman is an adult individual who resides in Centerport, New York, and owns a 2014 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A39EC021489.

107.    Plaintiff Amelia Radoncic is an adult individual who resides in Ferndale, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWTL7AJ6AM681524.

108.    Plaintiff Brooks Reed is an adult individual who resides in Unadilla, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A36DC042153.

109.    Plaintiff Diane Ries is an adult individual who resides in Ridgewood, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWML7AJ9BM693446.

110.    Plaintiff Gregory Rishe is an adult individual who resides in Greenport, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A32CC049054.

111.    Plaintiff Deverne Rist is an adult individual who resides in Saugerties, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWCL7AJ4DM420719.

112.    Plaintiff Kyle Rizzo is an adult individual who resides in Binghampton, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ6BM605269.

113.    Plaintiff James Robinson is an adult individual who resides in Fishkill, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A31CC063314.

114.    Plaintiff Carlos Roque is an adult individual who resides in Larchmont, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K79M077379.

115.    Plaintiff Joseph J. Russo is an adult individual who resides in Mount Sinai, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K79M077379.

19

116.    Plaintiff Edward Sadlowski is an adult individual who resides in Franklin Square, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A36DC009668.

117.    Plaintiff Kajal Saha is an adult individual who resides in Middletown, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJXBM698734.

118.    Plaintiff Steven Santarpia is an adult individual who resides in East Northport, New York, and owns a 2014 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ7EM362168.

119.    Plaintiff Lisa Santo is an adult individual who resides in Staten Island, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ8DM626966.

120.    Plaintiff William J. Scalisi is an adult individual who resides in Clay, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ5CM369326.

121.    Plaintiff Wendy Scharfman is an adult individual who resides in Clay, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ4CM328671.

122.    Plaintiff David Schultz is an adult individual who resides in Queens, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ7DM207098.

123.    Plaintiff Steven Silpe is an adult individual who resides in Irvington, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ4AM622635.

124.    Plaintiff Deochan Singh is an adult individual who resides in South Ozone Park, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A30CC032684.

125.    Plaintiff Feliks Sinitski is an adult individual who resides in Brooklyn, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A37CC048045.

126.    Plaintiff Francique Smith is an adult individual who resides in Brooklyn, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ0BM639191.

127.    Plaintiff Shaune Snyder is an adult individual who resides in Wallkill, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ5CM092080.

128.    Plaintiff Carl Sorensen is an adult individual who resides in Thiellis, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWAL71k59M091388.

129.    Plaintiff Janet Stone-Knoll is an adult individual who resides in Nesconset, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWTL8AJ4AM604852, and a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ4DM658877.

130.    Plaintiff Theresa Stowell is an adult individual who resides in Liverpool, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL71K59M076540.

131.    Plaintiff George E. Sutphin, Jr. is an adult individual who resides in South Glens Falls, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A38CC074914.

132.    Plaintiff Jeff Swarz is an adult individual who resides in Pelham, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWA67AJ6AMI73836.

133.    Plaintiff Rusty Swisher is an adult individual who resides in Fort Drum, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJXCM084461.

134.    Plaintiff Hamdija Tabakovic is an adult individual who resides in Utica, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ5AM690622.

135.    Plaintiff Mady Calih Talapin is an adult individual who resides in Queens, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL7AJ7AM038903.

136.    Plaintiff Pierre Thesatus is an adult individual who resides in East Setauket, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWAL71KX9M021949.

137.    Plaintiffs Nathaniel Thurston and Kim Thurston are each an adult individual who reside in Bradford, Pennsylvania, and own a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ8DM377082, purchased in New York state.

138.    Plaintiff Louis G. Tisenchek is an adult individual who resides in Cohoes, New York, and owns a 2013 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ7DM678072.

139.    Plaintiff Michael Tucciarone is an adult individual who resides in Deansboro, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ9CM029144.

140.    Plaintiff Edward J. Unverzagt is an adult individual who resides in Montague, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL81K19M140188.

141.    Plaintiff Tony Walton is an adult individual who resides in Adams, New York, and owns a 2011 Volkswagen Jetta TDI, Vehicle Identification Number 3VW3L7AJ1BM112680.

142.    Plaintiff Dennis Washburn is an adult individual who resides in Nichols, New York, and owns a 2009 Volkswagen Jetta TDI, Vehicle Identification Number 3VWCL71K09M000911.

143.    Plaintiff Michael Whitaker is an adult individual who resides in Kingston, New York, and owns a 2012 Volkswagen Passat TDI, Vehicle Identification Number 1VWBN7A34CC021087.

144.     Plaintiff Robert Whitman is an adult individual who resides in New York, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A35DC035392.

145.     Plaintiff Malgorzaia Wieczorek is an adult individual who resides in Lakeville, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ0CM391038.

146.     Plaintiff Stephen Wolf is an adult individual who resides in Breezy Point, New York, and owns a 2013 Volkswagen Beetle TDI, Vehicle Identification Number 3VW5L7ATXDM811982.

147.     Plaintiff John Woloszyn II is an adult individual who resides in Clifton Park, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ5CM030372.

148.     Plaintiff Andrew Woodward is an adult individual who resides in Lowville, New York, and owns a 2014 Volkswagen Beetle TDI, Vehicle Identification Number 3VW6L7AT9EM816970.

149.     Plaintiff Larry Woodworth is an adult individual who resides in Mount Morris, New York, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWPL7AJ0CM699148.

150.     Plaintiff Fernando Zapala is an adult individual who resides in Greenwich, Connecticut, and owns a 2012 Volkswagen Jetta TDI, Vehicle Identification Number 3VWLL7AJ1CM406517, purchased in White Plains, New York.

151.    Plaintiff Gary Ziegelhofer is an adult individual who resides in Mahopac, New York, and owns a 2013 Volkswagen Passat TDI, Vehicle Identification Number 1VWCN7A35DC012064.

152.    Plaintiff Russel M. Zivkovich is an adult individual who resides in East Greenbush, New York, and owns a 2010 Volkswagen Jetta TDI, Vehicle Identification Number 3VWRL7AJ5AM027642.

153.    Defendant manufactured and placed into a stream of commerce each of the afore-mentioned vehicles, which the Plaintiffs subsequently purchased.

154.    At the time Plaintiffs purchased the subject vehicles, Defendant made representations as to the subject vehicles' performance and quality and assured the Plaintiffs that the subject vehicles were free from defects of workmanship.

155.    Among the representations Defendant made to the Plaintiffs, Defendant stated that the subject vehicles emitted a level of pollutants that was within the range of emissions allowed under the U.S. emissions law.

156.    Thereafter, Plaintiffs discovered that, unbeknownst to them, Defendant fraudulently installed software in each of the subject vehicles which masked the subject vehicles' actual level of emissions.

157.    Specifically, the Defendant installed a "defeat device" software in each of the subject vehicles' turbocharged direct injection (TDI) diesel engines, which detected when the subject vehicles were undergoing emissions testing, and in turn, activated emissions controls during the emissions testing period.

158.    The subject vehicles did not activate the emissions controls when the subject vehicles were not undergoing emissions testing.

159.    In effect, the defeat device reduced the subject vehicles' nitrogen oxide output during emissions testing in order to meet United States emissions standards under the Clean Air Act of 1963, 42 U.SC. 7401 *et seq.*, despite the fact that when the subject vehicles were in normal use, they emitted as much as forty times the amount of nitrogen oxide that is allowed under the U.S. law.

160.    Defendant's installation of the defeat device in the subject vehicles allowed the subject vehicles to achieve better fuel economy at the expense of vastly greater pollutant emissions.

161.    Defendant failed to disclose to Plaintiffs at the time of sale that it had installed a defeat device in the subject vehicles.

162.    As a result of the Defendant's illegal and fraudulent programming of the subject vehicles' engines and installation of a defeat device, and Defendant's failure to disclose the same to Plaintiffs, Plaintiffs paid an amount for the subject vehicles that was more than the Plaintiffs otherwise would have paid for the subject vehicles.

163.    Moreover, upon information and belief, once the subject vehicles are re-programmed to comply with the United States emissions standards, the subject vehicles' power output and fuel efficiency will decline, resulting in a diminished value.

## COUNT I
## BREACH OF WRITTEN WARRANTIES,
## MAGNUSON-MOSS FEDERAL ACT, 15 U.S.C. § 2301, *et seq.*

164.    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

165.    Plaintiffs are each a "consumer" as defined in 15 U.S.C. § 2301(3).

166.    Defendant is both a "supplier" and "warrantor" as defined in 15 U.S.C. § 2301(4) and (5).

167.    The subject vehicles are "consumer product[s]" as defined in 15 U.S.C. § 2301(1).

168.    15 U.S.C. § 2310(d)(1) provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with a written or implied warranty.

169.    15 U.S.C. § 2301(a)(1) requires Defendant, as a warrantor, to remedy any defect, malfunction or nonconformance of the Vehicles within a reasonable time and without charge to the Plaintiffs.

170.    Defendant has failed to remedy the defects within a reasonable time, thereby breaching the written and implied warranties applicable to the subject vehicles.

171.    As a result of Defendant's breaches of written and implied warranties, and Defendant's failure to remedy the same within a reasonable time, Plaintiffs have suffered damages.

## COUNT II
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY,
## MAGNUSON -MOSS FEDERAL ACT, 15 U.S.C. § 2301, *et seq.*,
## and N.Y. U.C.C. LAW § 2-314

172.    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

173.    Defendant is a merchant with respect to the subject vehicles.

174.    The subject vehicles were subject to implied warranties of merchantability, as defined in 15 U.S.C.  § 2308 and N.Y. U.C.C. Law § 2-314, running from the Defendant to Plaintiffs.

175.    An implied warranty that the subject vehicles were merchantable arose by operation of law as part of the purchase of the subject vehicles.

176.    However, the subject vehicles were not merchantable at the time of sale because the subject vehicles emitted as much as forty times more pollutants into the air than allowed by law.

177.    The Defendant breached the implied warranty of merchantability in that the subject vehicles were not in merchantable condition when the Plaintiffs purchased them, or at any time thereafter, and the subject vehicles are unfit for the ordinary purposes for which such vehicles are used.

178.    As a result of the Defendant's breaches of the implied warranty of merchantability, the Plaintiffs have suffered damages, including but not limited to incidental and consequential damages.

## COUNT III
## REVOCATION OF ACCEPTANCE

179.    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

180.    Plaintiffs reasonably assumed, and Defendant represented, that all of the aforementioned defects would be cured within a reasonable time.

181.    Despite being aware of the aforementioned defects for an extended period of time, it has become apparent that said defects cannot be reasonably cured by the Defendant.

182.    The defects substantially impair the subject vehicles use and value to the Plaintiffs.

183.    Plaintiffs have previously notified Defendant of the aforementioned defect and of Plaintiffs' intent to revoke acceptance and demand return of all money paid so far, including the down payment, amount of payments thus far, finance charges, other fees, incidental and consequential damages, costs and attorney's fees.

184.    Defendant has nevertheless refused to accept return of the subject vehicles and/or have refused to refund Plaintiffs' purchase price of the subject vehicles.

185.    As a result of said refusal the Plaintiffs have been damaged.

## COUNT IV
## DECEPTIVE PRACTICE, N.Y. GEN. LAW § 349

186.    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

187.   The sale of the subject vehicles to the Plaintiffs under the guise that they were free from defects that would substantially impair the use, safety, or value of the Vehicle represents and unlawful or deceptive trade practice under N.Y. Gen. Law § 349.

188.   Defendant violated N.Y. Gen. Law § 349 in one or more of the following ways:

    a.   Making of fraudulent and/or negligent representations, as herein before alleged;

    b.   Representing the subject vehicles to be of good, merchantable quality, free of defects, when in fact they were not;

    c.   Failing to reveal material facts including, but not limited to, the nature of the nonconformities and defects complained of herein; and

    d.   Failing to offer a refund of the purchase price of the subject vehicles in accordance with the applicable warranties.

189.   Defendant is in the business of selling motor vehicles and therefore the violations are likely to affect the general public, now and in the future.

190.   Defendant violated the law willfully and knowingly.

## COUNT V
## BREACH OF EXPRESS WARRANTIES

191.   Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

192.   In connection with the sale of the subject vehicles, Defendant expressly warranted that, among other things:

    e.   The subject vehicles were fit for the purposes of safe, reliable and attractive transportation;

    f.   The subject vehicles were of good, sound and merchantable quality;

g.   The subject vehicles were free from defective parts and workmanship;

h.   The subject vehicles were so engineered and designed as to function without requiring unreasonable maintenance and repairs;

i.   In the event the subject vehicles were not free from defective parts or workmanship as set forth above, Defendant would repair or replace same without cost to Plaintiffs; and

j.   That any defects or non-conformities would be cured within a reasonable time.

193.   Defendant breached these express warranties in that the subject vehicles are plagued by problems that substantially impair the subject vehicles' use, safety and value to the Plaintiffs.

194.   Plaintiffs have given Defendant reasonable opportunities to cure said defects, but Defendant has been unable and/or refused to do so within a reasonable time.

195.   As a result of said nonconformities, Plaintiffs cannot reasonably rely on the subject vehicles for the ordinary purpose of safe, comfortable and efficient transportation.

196.   As a result of breach of express warranties, Plaintiffs have been damaged.

<u>COUNT VI</u>
<u>BREACH OF OBLIGATION OF GOOD FAITH AND FAIR DEALING, N.Y. U.C.C.
LAW § 2-314</u>

197.   Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

198.   By falsely representing that subject vehicles comply with the U.S. emissions testing, and by failing to timely repair the subject vehicles or offer an appropriate settlement,

the Defendant did not perform their obligations to the Plaintiff in good faith and therefore violated N.Y. U.C.C. §1-203.

## COUNT VII
## FRAUDULENT INDUCEMENT

199.    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

200.    To induce Plaintiffs to purchase the subject vehicles, Defendant made representations as to the subject vehicles' performance and quality and assured the Plaintiffs that the subject vehicles were free from defects of workmanship.

201.    Among the representations Defendant made to Plaintiffs, Defendant stated that the subject vehicles emitted a level of pollutants that was within the range of emissions allowable under the U.S. law.

202.    Defendant, when making the above referenced misrepresentations, knew that these representations were false when made, or made them with reckless disregard for their truth or falsity.

203.    Thereafter Plaintiffs discovered that, unbeknownst to them, Defendant fraudulently installed software in each of the subject vehicles which masked the subject vehicles' actual excessive level of emissions.

204.    As a result of the Defendant's fraudulent inducement, Plaintiffs have been damaged.

32

## COUNT VIII
## FRAUDULENT MISREPRESENTATION

205.    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

206.    The acts, practices and conduct engaged in by the Defendant and complained of herein constitute fraud under the Common Law of the State of New York.

207.    The Plaintiffs have suffered and continue to suffer actual damages as a result of the foregoing acts and practices, including damages associated with Defendant's misrepresentations that the subject vehicles complied with the U.S. emissions laws and regulations.

208.    All acts of the Defendant complained of herein were committed with malice, intent, wantonness, and recklessness, and as such, the Defendant is subject to punitive damages.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs respectfully request that this Court grant the following relief:

1.  An order approving revocation of acceptance of the subject vehicles;

2.  Money damages, in the form of a refund of the full contract price, including, trade-in allowance, taxes, fees, insurance premiums, interest, and costs, and a refund of all payments made by Plaintiffs on the subject vehicle contracts;

3.  Equitable relief including, but not limited to, replacement with a new vehicle, or repair of the defective  subject vehicles with an extension of the express and implied warranties, and service contracts which are or were applicable to the

subject vehicles, in the event that Plaintiffs are not found to be entitled to revocation;

4. Incidental and consequential damages;

5. Punitive damages;

6. Reasonable attorneys fees;

7. Such other and further relief as this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs demand a trial by jury on all questions of fact raised by the Complaint.

Dated: March 16, 2016

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
*Attorneys for Plaintiffs*

34